1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      RYAN D ROBERTS,                                 No.  2:23-cv-00227-EFB (HC)

12                      Petitioner,

13              v.                                       ORDER

14      ROB ST. ANDRE,

15                      Respondent.

16

17              Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to

18      28 U.S.C. § 2254.  He has paid the filing fee.  However, the court cannot determine whether

19      petitioner may be entitled to the requested relief because he has not personally signed the petition.

20      *See* ECF No. 1 (signed instead by "Edmund Roberto," who claims to be "father and attorney in

21      fact under durable power of attorney").  Apparently, Mr. Roberto misunderstands the authority

22      and lack of authority conferred by a durable power of attorney, which cannot authorize a non-

23      lawyer to represent the plaintiff in this action.  Rule 11 of the Federal Rules of Civil Procedure

24      requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one

25      attorney of record in the attorney's name—or by a party personally if the party is unrepresented."

26      Fed. R. Civ. P. 11(a).  Even with a power of attorney, Edmund Roberto, who does not claim to be

27      a lawyer, has no authority to pursue legal claims on behalf of petitioner.  *See Johnson v. Bank*

28      *One N.A.*, 90 Fed. Appx. 956, 957 (7th Cir. 2004) (non-lawyer with power attorney may not sign

pleadings for an unrepresented party because he is not a licensed attorney).  Because petitioner is

not represented by counsel, petitioner must personally sign the petition and other pleadings,

motions and papers filed with the court.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court shall strike the petition (ECF No. 1);

2.  Within 30 days, petitioner shall file a signed petition using the form employed by this court and stating all claims and prayers for relief;

3.  Petitioner's failure to comply with this order may result in this case being closed; and

4.  The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus.

Dated: February 15, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE