UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN D. ROBERTS,<br><br>    Petitioner,<br><br>    v.<br><br>ROB ST. ANDRE,<br><br>    Respondent. | No. 2:23-cv-00227-EFB (HC)<br><br>ORDER |

    Mr. Roberts is a state prisoner proceeding without counsel. This action was opened when a petition for a writ of habeas corpus was filed on his behalf. ECF No. 1. This action was not properly commenced, however, because Mr. Roberts did not sign the petition. *See* Fed. R. Civ. P 3.

    On February 16, 2023, the court informed Mr. Roberts that it could not review his petition because he had not signed it. ECF No. 3 (citing Fed. R. Civ. P. 11(a) (requiring that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented.")). The court ordered petitioner to file a signed petition using the form employed by this court and stating all claims and prayers for relief, within 30 days. The court warned Mr. Roberts that failure to comply with the court's order could result in this case being closed.

/////

/////

1   To date, Mr. Roberts has not filed a signed petition or otherwise responded to the court's
2  order. In the absence of a signed petition, there is simply no case before the court.
3   Accordingly, the Clerk of the Court is directed to close this case.

5  DATED: March 23, 2023.   _____
   EDMUND F. BRENNAN
6                           UNITED STATES MAGISTRATE JUDGE