UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN D. ROBERTS,<br><br>        Petitioner,<br><br>    v.<br><br>ROB ST. ANDRE,<br><br>        Respondent. | No. 2:23-cv-00227-EFB (HC)<br><br><br>ORDER |

On March 23, 2023, the Clerk of the Court closed this case because it was never properly commenced. ECF No. 5. On the same day, the Clerk filed a letter from non-party Douglas Roberts. ECF No. 6. As the court has previously stated, a non-lawyer cannot pursue legal claims on behalf of another. ECF No. 3. Accordingly, the court takes no action on this filing. The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

So ordered.[1]

Dated: April 10, 2023.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Clerk of the Court shall serve a copy this order on Mr. Douglas Roberts at 3435 Duzel Rock Pl., Sacramento, CA 96827. *See* ECF No. 6.